944

No. 1861, Misc.  MORFORD *v.* HOCKER, WARDEN.  C. A. 9th Cir.  Certiorari denied.  *Melvin Schaengold* for petitioner.  *Harvey Dickerson,* Attorney General of Nevada, and *William J. Raggio,* for respondent.

No. 141, Misc.  CARPENTER *v.* NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  *William G. Line* for petitioner.

No. 482, Misc.  MUHAMMAD *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  *Anthony F. Marra* for petitioner.  *Isidore Dollinger* and *Daniel J. Sullivan* for respondent.

No. 501, Misc.  ROBINSON *v.* CIVIL SERVICE COMMISSION, CITY OF CLEVELAND.  Ct. App. Ohio, 8th Jud. Dist. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  *Charles E. Mosley, Jr.,* for petitioner.  *Daniel J. O'Loughlin* for respondent.

No. 653, Misc.  DUPREE *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  *John Jackson Collins* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 1267, Misc.  CLARK *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.